**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Margarito CRUZ SANCHEZ, a.k.a.
Margarito Gomez, Defendant–
Appellant.**

**No. 05–12106
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 18, 2005.

David Jonathon Joffe, Joffe & Joffe, P.A., Lauderdale, FL, for Plaintiff–Appellee.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Defendant–Appellant.

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

David J. Joffe, counsel for Margarito Cruz Sanchez in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is GRANTED, and Cruz Sanchez's convictions and sentences are AFFIRMED.